| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lompa Ranch East Hills, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3169230** |
| 4. | **Debtor's address** | **Principal place of business**  **9516 West Flamingo Road, Suite 300**  **Las Vegas, NV 89147**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **APN: 010-741-01 & 010-041-83 Carson City, NV 89701**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Lompa Ranch East Hills, LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Lompa Ranch East Hills, LLC**   Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Lompa Ranch East Hills, LLC**　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Lompa Ranch East Hills, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 11, 2021**
MM / DD / YYYY

X **/s/ Jaimee Yoshizawa**
Signature of authorized representative of debtor

**Jaimee Yoshizawa**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Charles ("CJ") E. Barnabi Jr., Esq.**
Signature of attorney for debtor

Date **March 11, 2021**
MM / DD / YYYY

**Charles ("CJ") E. Barnabi Jr., Esq. 14477**
Printed name

**The Barnabi Law Firm, PLLC**
Firm name

**375 E. Warm Springs Road, Ste. 104**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone **(702) 475-8903**   Email address **cj@barnabilaw.com**

**14477 NV**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:

Debtor name: **Lompa Ranch East Hills, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Braun Family Trust c/o Tom Braun, Trustee 200 South Main Street, Ste. 300 Corona, CA 92882 | | Loan Convertible Note | | | | $620,000.00 |
| Carson City Treasurer 201 North Carson Street #5 Carson City, NV 89701 | | Real property taxes | | | | Unknown |
| Carson City Treasurer 201 North Carson Street #5 Carson City, NV 89701 | | Real property taxes | | | | Unknown |
| Christy Corporation Attn: Managing Member / Officer 1000 Kiley Parkway Sparks, NV 89436 | | Engineering services | | | | $1,890.00 |
| CP Debt 2 LLC c/o Capella Mortgage Corp. Attn: Managing Member / Officer 3765 East Sunset Ave. #B9 Las Vegas, NV 89120 | matt@capellamail.com | APN: 010-041-83 / 3.0 acre parcel Vacant land located West of Airport Road, East of Highway 395, South of Modoc Court Located in Carson City, Nev | Disputed | Unknown | $900,000.00 | Unknown |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Lompa Ranch East Hills, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CWX Architects, Inc. Attn: Managing Member / Officer 1680 Montclair Avenue, Ste. A Reno, NV 89509** | | **Architectural design services** | **Disputed** | $17,601.00 | $0.00 | $17,601.00 |
| **Gibbs Gidden Locher Turner, LLP Attn: Managing Member / Officer 1800 Century Park E., 12th Floor Los Angeles, CA 90067** | | **Legal services** | | | | $27,000.00 |
| **J & D Commercial LLC Attn: Managing Member / Officer 901 N. Brutscher St., Ste. 203 Newberg, OR 97132** | jimstg@aol.com | **APN: 010-041-83 / 3.0 acre parcel Vacant land located West of Airport Road, East of Highway 395, South of Modoc Court Located in Carson City, Nev** | | Unknown | $900,000.00 | Unknown |
| **PWSC Architects Attn: Managing Member / Officer 1930 Village Center Cir., #3-475 Las Vegas, NV 89134** | | **Architectural services** | | | | $100,000.00 |
| **The RED LTD. c/o Jaimee Yoshizawa 8894 Spanish Ridge Avenue Las Vegas, NV 89148** | | **Engineering and design services** | | | | $592,155.00 |

Lompa Ranch East Hills, LLC
9516 West Flamingo Road, Suite 300
Las Vegas, NV 89147

Charles ("CJ") E. Barnabi Jr., Esq.
The Barnabi Law Firm, PLLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119

Braun Family Trust
c/o Tom Braun, Trustee
200 South Main Street, Ste. 300
Corona, CA 92882

Carson City Treasurer
Acct No APN: 010-041-83
201 North Carson Street
#5
Carson City, NV 89701

Carson City Treasurer
Acct No APN: 010-741-01
201 North Carson Street
#5
Carson City, NV 89701

Christy Corporation
Acct No 1601.001
Attn: Managing Member / Officer
1000 Kiley Parkway
Sparks, NV 89436

CP Debt 2 LLC
Acct No 10700502069000
c/o Capella Mortgage Corp.
Attn: Managing Member / Officer
3765 East Sunset Ave. #B9
Las Vegas, NV 89120

CWX Architects, Inc.
Acct No Lompa Ranch Apartments
Attn: Managing Member / Officer
1680 Montclair Avenue, Ste. A
Reno, NV 89509

Gibbs Gidden Locher Turner, LLP
Attn: Managing Member / Officer
1800 Century Park E., 12th Floor
Los Angeles, CA 90067

J & D Commercial LLC
Acct No 0102042900
Attn: Managing Member / Officer
901 N. Brutscher St., Ste. 203
Newberg, OR 97132

```
Jaimee Yoshizawa
9516 West Flamingo Road
Suite 300
Las Vegas, NV 89147

Nevada Trust Deed Services
Acct No 10700502069000
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145

PWSC Architects
Attn: Managing Member / Officer
1930 Village Center Cir., #3-475
Las Vegas, NV 89134

The RED LTD.
Acct No Lompa Ranch East, LLC
c/o Jaimee Yoshizawa
8894 Spanish Ridge Avenue
Las Vegas, NV 89148
```

# United States Bankruptcy Court
## District of Nevada

In re    **Lompa Ranch East Hills, LLC**            Case No. _____
                                        Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lompa Ranch East Hills, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Concept Property Group, LLC**

**Jaimee Yoshizawa**
**8894 Spanish Ridge Ave.**
**Las Vegas, NV 89148**

**Richmond Properties, LLC**
**P.O. Box 31103**
**Las Vegas, NV 89173**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 11, 2021** | **/s/ Charles ("CJ") E. Barnabi Jr., Esq.** |
| Date | **Charles ("CJ") E. Barnabi Jr., Esq. 14477** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Lompa Ranch East Hills, LLC** |
| | **The Barnabi Law Firm, PLLC** |
| | **375 E. Warm Springs Road, Ste. 104** |
| | **Las Vegas, NV 89119** |
| | **(702) 475-8903 Fax:(702) 966-3718** |
| | **cj@barnabilaw.com** |